RECEIVED
IN LAKE CHARLES, LA.
DEC - 3 2012
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DAMION SHEPPARD                    CIVIL ACTION NO. 12-CV-0307

VS.                                SECTION P

OFFICER HAWKINS, ET AL             JUDGE MINALDI
                                   MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 6], and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE**, as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C.1915(e)(2)(B) and 28 U.S.C.1915A(b)(1).

Lake Charles, Louisiana, on this the ___ day of _____, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE